Gary Paul, SBN 168722
P.O. Box 642
Aptos, CA 95001
831-662-3920
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:  
Cleve Tyson

          Debtor.

Case No.: 11-51820 CN
Chapter 13

**DECLARATION OF CLEVE TYSON IN OPPOSITION TO GMAC MORTGAGE'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**Date: July 6, 2011**
**Time: 3:00 PM**
**Dept: Hon. Judge Charles Novack**

I, Cleve Tyson, declare as follows:

1. I am the debtor herein

2. On June 30, 2011, I made an adequate protection payment to GMAC in the amount of $984.95

3. Attached hereto are true and correct copies of the check and the receipt for certified mail, which is the method I sent the check to GMAC

I declare under penalty of perjury that the foregoing is true and correct, executed this 3rd day of July, 2011, at Aptos, California.

                                                          _/s/ Gary Paul_

1

**CLEVE C. TYSON**
384 VEGA RD.
WATSONVILLE, CA 95076-9305

90-7162/3222
8612736972

1076

DATE 6-29-11

PAY TO THE ORDER OF GMAC Mortgage        $ 984.95

Nine Hundred Eighty Four & 95/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Washington Mutual Branch
Watsonville Financial Center
630 Main Street, Watsonville, CA 95076

MEMO 0654450027         Cleve Tyson

⑆322271627⑆ 8612736972⑈ 1076

---

**No remittance is required if payments are being remitted by the Bankruptcy Trustee**

## Mortgage Payment Coupon

| Account Number | Post Petition Payment Date | Post Petition Payment Amount | Post Petition Late Fee | Post Petition Payment With Late Fee | GMAC Mortgage |
|---|---|---|---|---|---|
| 0654450027 CLEVE C. TYSON | 03/01/11 | $2,252.53 | | | |

This statement is being furnished for Informational purposes only.

Sign here to enroll in monthly ACH.
(See back for details.)

**Please assist GMAC Mortgage in applying your payment**

Full Payment(s)         $
ADDITIONAL Principal    $
ADDITIONAL Escrow       $
Late Charge             $
Other Fees (please specify) $
Total Amount Enclosed   $

GMAC MORTGAGE
PO BOX 79135
PHOENIX AZ 85062-9135

*If Amp Payment was Requested by Bankruptcy Court Amount to be Paid $984.95*

Paid ✓ # 1076 2-29-11

02  0311  0654450027  00225253  00000  22222  7

Case: 11-51820    Doc# 39    Filed: 07/03/11    Entered: 07/03/11 15:30:47    Page 2 of 3

```
              Capitola Post Office
              Capitola, California
                 950109998
               0568370110 -0098
06/30/2011     (800)275-8777      09:36:41 AM
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
                   Sales Receipt
                  Sale   Unit         Final
Product           Qty    Price        Price
Description

PHOENIX AZ 85062-9135                  $0.44
Zone-5 First-Class
Letter
  0.40 oz.
  Expected Delivery: Tue 07/05/11
Return Rcpt (Green Card)               $2.30
Certified                              $2.85
  Label #:          70103090000169539618
                                     ========
Issue PVI:                             $5.59


Total:                                 $5.59

Paid by:
Cash                                   $6.00
Change Due:                           -$0.41

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
*******************************************
*******************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*******************************************
*******************************************


Bill#: 1000202481858
Clerk: 05

    All sales final on stamps and postage
     Refunds for guaranteed services only
           Thank you for your business
*******************************************
*******************************************
            HELP US SERVE YOU BETTER

   Go to: https://postalexperience.com/Pos

            TELL US ABOUT YOUR RECENT
                POSTAL EXPERIENCE

              YOUR OPINION COUNTS
*******************************************
*******************************************


                   Customer Copy
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Gmac Mortgage
Street, Apt. No.; or PO Box No. P.O. Box 79135
City, State, ZIP+4 Phoenix AZ 85062-9135

PS Form 3800, August 2006    See Reverse for Instructions